1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ATEF SHEHATA

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) NO. CR-S-10-259 JAM
                                  )
12              Plaintiff,        ) STIPULATION AND [PROPOSED] ORDER
                                  )
13     v.                         ) Date: November 29, 2011
                                  ) Time: 9:30 a.m.
14 ATEF SHEHATA, et al.,          ) Judge: Hon. John A. Mendez
                                  )
15              Defendants.       )
   _____)
16

17     IT IS HEREBY STIPULATED between the United States of America,

18 through its undersigned counsel, Assistant United States Attorney R.

19 Steven Lapham, Special Assistant United States Attorney, Peter M.

20 Williams, and defendants Atef Shehata, through his undersigned counsel

21 Supervising Assistant Federal Defender Dennis S. Waks, Atif Henan,

22 through his undersigned counsel Alan Eisner, defendant Samy Girgis,

23 through his undersigned counsel Harvey E. Byron, and defendant Soheir

24 Girgis, through her undersigned counsel Robert Helfend, that the status

25 conference presently set in this matter for October 11, 2011 be

26 continued to November 29, 2011, at 9:30 a.m.

27     The parties stipulate and agree that the setting is necessary to

28 permit defense counsel to review discovery of approximately 12,000

pages provided by the government.

The parties further stipulate and agree that this is a complex case within the meaning of 18 U.S.C § 3161 (h)(7)(B)(ii) and that the exclusion of time during the period needed for defense counsel's reasonable time for effective preparation, taking into account the exercise of due diligence within the meaning of 18 U.S.C § 3161 (h)(7)(B)(iv), and that the ends of justice served by granting exclusion of time therefore outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C § 3161 (h) (7)(A); time should be excluded from the date of this order to the new date of November 29, 2011.

Dated: October 7, 2011          Respectfully Submitted

                                DANIEL J. BRODERICK
                                Federal Defender


                                /s/ Dennis S. Waks
                                DENNIS S. WAKS
                                Supervising Assistant Federal Defender
                                Attorney for Atef Shehata


                                /s/ Dennis S. Waks for
                                ALAN EISNER Attorney for
                                ATIF HENAN


                                /s/ Dennis S. Waks for
                                HARVEY E. BYRON Attorney for
                                SAMY GIRGIS


                                /s/ Dennis S. Waks for
                                ROBERT M HELFEND Attorney for
                                SOHEIR GIRGIS

2

```
                              /s/ Dennis S. Waks for
                              PETER M. WILLIAMS
                              Special Assistant U.S. Attorney


                              /s/ Dennis S. Waks for
                              R. STEVEN LAPHAM, U.S. Attorney
```

ORDER

The status conference is continued to November 29, 2011, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial and therefore excludes time under the Speedy Trial Act through November 29, 2011.

IT IS SO ORDERED.

```
Dated: October 7, 2011.             /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Judge
```