1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ATEF SHEHATA

7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  NO. CR-S-10-259 JAM
                                    )
12           Plaintiff,             )  STIPULATION AND ORDER
                                    )
13    v.                            )  Date: March 27, 2012
                                    )  Time: 9:30 a.m.
14 ATEF SHEHATA, et al.,            )  Judge: Hon. John A. Mendez
                                    )
15           Defendants.            )
   _____  )
16

17      IT IS HEREBY STIPULATED between the United States of America,

18 through its undersigned counsel, Assistant United States Attorney R.

19 Steven Lapham, Special Assistant United States Attorney, Peter M.

20 Williams, and defendant Atef Shehata, through his undersigned counsel

21 Supervising Assistant Federal Defender Dennis S. Waks, that the status

22 conference presently set in this matter for February 21, 2012 be

23 continued for a change of plea hearing on March 27, 2012, at 9:30 a.m.

24      This continuance is being requested because defense counsel

25 requires additional time to finalize the proposed plea agreement with

26 the government and the defendant.

27       The parties further stipulate and agree that this is a complex

28 case within the meaning of 18 U.S.C § 3161 (h)(7)(B)(ii) and that the

exclusion of time during the period needed for defense counsel's reasonable time for effective preparation, taking into account the exercise of due diligence within the meaning of 18 U.S.C § 3161 (h)(7)(B)(iv), and that the ends of justice served by granting exclusion of time therefore outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C § 3161 (h)(7)(A); time should be excluded from the date of this order to the new date of March 27, 2012.

ORDER

The status conference is continued to March 27, 2012, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 27, 2012.

IT IS SO ORDERED.

Dated: 2/16/2012 /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge