ALAN EISNER, State Bar #127119
KESTENBAUM EISNER & GORIN LLP
14401 Sylvan Street, Suite 112
Van Nuys, CA 91401
Phone:     (818) 781-1570
Fax:       (818) 781-5033
Email:     ae@keglawyers.com

Attorney for Defendant
ATIF HENAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ATIF HENAN, <br> ATEF SHEHATA, <br> SAMY GIRGIS, and <br> SOHEIR GIRGIS <br><br> Defendants. | 2:10-CR-00259-JAM-1 <br><br> STIPULATION AND ORDER CONTINUING SENTENCING DATE <br><br> Present Date: June 19, 2012 <br><br> Requested Date July 17, 2012 <br> 9:45 am |

**IT IS HEREBY STIPULATED** between the United States of America, through its undersigned counsel, Assistant U.S Attorney R. Steven Lapham, and defendants Atif Henan, through his undersigned counsel Alan Eisner, and defendant Samy Girgis, through his undersigned counsel Harvey Byron, that the sentencing date presently set for June 19, 2012 be continued to July 17, 2012 at 09:45 a.m., thus vacating the presently set sentencing date.

The parties stipulate and agree that the continuance is necessary for defense counsel for Henan to complete his sentencing position. The defense has not previously requested a continuance of the sentencing date.

1

PDF created with pdfFactory trial version www.pdffactory.com

Counsel for both defendant's have spoken with their respective client's who have agreed and authorized this request for a continuance of the sentencing date'. It is so stipulated:

Dated: June 11, 2012          /s/ R. Steven Lapham
                              R. STEVEN LAPHAM
                              Assistant U. S Attorney

Dated: June 11, 2012          /s/ Alan Eisner
                              ALAN EISNER
                              Attorney for Defendant Atif Henan

Dated: June 11, 2012          /s/ Harvey Byron
                              HARVEY BYRON
                              Attorney for Defendant Samy Girgis

**ORDER**

IT IS SO ORDERED.

Dated:  6/12/2012             /s/ John A. Mendez
                              U. S. DISTRICT COURT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com