```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  PETER M. WILLIAMS
    Special Assistant U.S. Attorney
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone:  (916) 554-2724

 6

 7            IN THE UNITED STATES DISTRICT COURT FOR THE

 8                  EASTERN DISTRICT OF CALIFORNIA

 9
    UNITED STATES OF AMERICA,    )
10                               )  CR. NO. 10-cr-00259-JAM
              Plaintiff,         )
11                               )  GOVERNMENT'S MOTION TO
         v.                      )  DISMISS INDICTMENT AS TO
12                               )  SOHEIR GIRGIS
    ATIF HENAN,                  )
13  ATEF SHEHATA,                )
    SAMY GIRGIS, and             )
14  SOHEIR GIRGIS,               )
                                 )
15            Defendants.        )
    _____)
16

17       Pursuant to Rule 48(a) of the Federal Rules of Criminal

18  Procedure, the United States respectfully moves this court for an

19  order dismissing all counts of the above-captioned indictment

20  filed on July 6, 2010, as to Soheir Girgis only.

21

22  DATED: July 23, 2012

23

24                              BENJAMIN B. WAGNER
                                United States Attorney
25

26                              By:/s/ Peter M. Williams
                                PETER M. WILLIAMS
27                              Special Assistant U.S. Attorney

28
```

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  PETER M. WILLIAMS
    Special Assistant U.S. Attorney
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone:  (916) 554-2724

 6

 7          IN THE UNITED STATES DISTRICT COURT FOR THE

 8                 EASTERN DISTRICT OF CALIFORNIA

 9
    UNITED STATES OF AMERICA,    )
10                               )     CR. NO. 10-cr-00259-JAM
              Plaintiff,         )
11                               )     ORDER DISMISSING
         v.                      )     INDICTMENT AS TO
12                               )     SOHEIR GIRGIS ONLY
    ATIF HENAN,                  )
13  ATEF SHEHATA,                )
    SAMY GIRGIS, and             )
14  SOHEIR GIRGIS,               )
                                 )
15            Defendants.        )
    _____)
16

17          Based on the the government's motion to dismiss the

18  indictment against SOHEIR GIRGIS,

19          IT IS HEREBY ORDERED that the above-captioned Indictment

20  be and hereby is dismissed as to SOHEIR GIRIS only.

21

22  DATED: 7/24/2012

23                          /s/ John A. Mendez
                            HON. JOHN A. MENDEZ
24                          United States District Court Judge

25

26

27

28
```