ROBERT M. HELFEND, SBN 113380
22337 Pacific Coast Hwy.,
 No. 309
Malibu, CA 90265
818-591-2809
rmhelfend@gmail.com
Attorney for Defendant
SOHEIR GIRGIS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 10-cr -0259-JAM |
| Plaintiff, | ) <u>ORDER RETURNING PASSPORT</u> |
| v. | ) |
| SOHEIR GIRGIS, | ) |
| Defendants. | ) |

The Information charging the defendant having been dismissed on July 24, 2012, IT IS HEREBY ORDERED that the defendant's passport is released.  Counsel shall contact the Clerk of the Court for the return the defendant's passport.

DATED:  July 31, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE