IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,)
                                                  )    CR. NO.  S-10-259 JAM
        Plaintiff,   )
                                )
  v.                             )
                                )    ORDER FOR RESTITUTION
ATIF HENAN,                 )
ATEF SHEHATA,and     )
SAMY GIRGIS,                )
                                )
        Defendants.  )
_____)

     Pursuant to the stipulation between the government and defendants Henan and Girgis, and the Court having read the other documents in this case including the indictment, plea agreements and pre-sentence reports, the Court hereby sets forth that the amount of restitution to be paid to the victim in this case is $950,000. Also pursuant to the stipulation, Defendants Henan and Girgis shall be jointly and severally liable for the amount. Defendant Shehata's share of the liability shall be determined separately by the Court at Shehata's sentencing hearing currently set for September 18, 2012. The payments shall be made to the California Board of Equalization as the victim in the above-captioned matter pursuant to 18 U.S.C. § 3663A.

     Restitution shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau

of Prisons' Inmate Financial Responsibility Program. If any amount of restitution remains unpaid after release from custody, monthly installments of at least 10% of defendants' gross monthly income, but not less than $100, whichever is greater, during the period of supervised release and shall begin 30 days after the commencement of supervision. The interest is waived.

IT IS SO ORDERED.

Dated: 8/21/2012 /s/ John A. Mendez
JOHN A. MENDEZ
United State District Court Judge